UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ARRIVALSTAR, S.A. and MELVINO TECHNOLOGIES LIMITED, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 13-cv-61561 |
| GRIEG GROUP, INC. d/b/a GRIEG STAR SHIPPING (USA) INC. | )<br>)<br>) |
| Defendant(s). | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar, S.A., and Melvino Technologies Limited and Defendant Grieg Group, Inc., d/b/a Grieg Star Shipping (USA) Inc. ("Grieg"), hereby stipulate and agree that all claims, defenses and counterclaims asserted, sought to be asserted, or that could have been asserted in this lawsuit as between Plaintiffs (or either one of them), on the one hand, and Defendant, on the other hand, are dismissed with prejudice. The parties waive all rights of appeal, and each party shall bear its own attorneys' fees and costs.

Dated:  September 10, 2013

s/Israel J. Encinosa                                                s/Jason P. Dollard[1]

ISRAEL J. ENCINOSA, F.B.N.                          JASON P. DOLLARD, FBN 0649821
Email: Israel.encinosa@hklaw.com                   Email: jdollard@jpdesq.com
Holland & Knight                                              Leslie Robert Evans & Associates, PA
701 Brickell Avenue                                          214 Brazilian Avenue, Suite 200
Suite 3000                                                         Palm Beach, Florida 33480
Miami, FL 33131                                               Telephone: (561) 832-8288
Telephone: (305) 789-7602                              Facsimile: (561) 832-5722

---

[1] I, Jason P. Dollard, Esquire, hereby confirm I have the express permission from Israel J. Encinosa, Esquire, counsel for Defendant, Grieg, to file this Joint Stipulated Dismissal of Claims.

1

Facsimile: (305) 789-7799                                        Counsel for Plaintiffs
Counsel for Grieg

# CERTIFICATE OF SERVICE

       I hereby certify that on September 10, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

Israel J. Encinosa
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131
Tel: (305) 789-7602
Fax: (305) 789-7799
Israel.encinosa@hklaw.com

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
Tel: (312) 578-6553
Fax: (312) 578-6666
david.donoghue@hklaw.com

ATTORNEYS FOR DEFENDANT
GRIEG GROUP INC. d/b/a GRIEG STAR SHIPPING
(USA), INC.